United States District Court
for the

Southern District of Florida

| | |
|---|---|
| Teresa Pizzarello, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 20-22199-Civ-Scola |
| | ) |
| Zaida S. Housley and others, Defendants. | ) |

### **Sealed Order Dismissing Case**

    This matter is before the Court on an independent review of the record. Pro se Plaintiff Teresa Pizzarello filed a Qui Tam Complaint. On May 28, 2020, the Court ordered the Plaintiff to file an amended complaint to clarify her claims. However, upon further examination, the Court has determined that it lacks jurisdiction over this case. For the reasons set forth below, the Court dismisses this case, and the Plaintiff need not file an amended complaint.

    In a *qui tam* claim under the False Claims Act ("FCA"), a private individual, called a relator, may file a civil action on behalf of the federal government. *See* 31 U.S.C. § 3730(b). These *qui tam* claims cannot be brought by a *pro se* plaintiff. The Eleventh Circuit has made clear that a district court lacks subject matter jurisdiction over *qui tam* claims brought by *pro se* plaintiffs. *See Timson v. Sampson*, 518 F.3d 870, 873-74 (11th Cir. 2008) (affirming the district court's dismissal because "Timson could not maintain a *qui tam* suit under the FCA as a *pro se* relator"); *Deutsche Bank Nat'l Trust Co. v. Holyfield*, 309 Fed. App'x 331, (11th Cir. 2009) ("we conclude that the district court lacked subject matter jurisdiction because the Holyfield's filed the suit *pro se*"); *Neira v. Bank of Am. Corp., N.A.*, 2015 WL 12826544, at * (S.D. Fla. Nov. 25, 2015) (Ungaro, J.) (dismissing the case because "the Court lacks subject matter jurisdiction over *pro se* Plaintiffs' Complaint because Plaintiffs are *pro se* relators attempting to allege False Claims Act violations").

    Therefore, the Court **dismisses** the case **without prejudice** for lack of subject matter jurisdiction. The **Clerk** is directed to **close** this case and **mail** a copy of this order to the Plaintiff at the address listed below. All pending motions are denied as moot. This case will remain sealed until **June 4, 2021**.

**Done and ordered** at Miami, Florida, on June 4, 2020.

_____
Robert N. Scola, Jr.
United States District Judge

*Copies to:*
Teresa Pizzarello
5287 Benjamin Lane
Sarasota, FL 34233